**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DEWAYNE WHITFIELD**                                                    **PLAINTIFF**

**v.**                                   **CASE NO. 4:25-CV-00458-BSM**

**DOES,** *et al.*                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE